**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

VLADIK BYKOV,

          Plaintiff - Appellant,

   v.

7435 - 159TH PLACE, NE, LLC; et al.,

          Defendants - Appellees.

No. 09-35632

D.C. No. 2:08-cv-00802-RAJ

MEMORANDUM[*]

Appeal from the United States District Court
for the Western District of Washington
Richard A. Jones, District Judge, Presiding

Submitted May 25, 2010[**]

Before:    CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

    Vladik Bykov appeals pro se from the district court's order dismissing his

action pursuant to a settlement agreement. Bykov challenges only certain orders

entered prior to dismissal. We have jurisdiction under 28 U.S.C. § 1291. We

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

review for an abuse of discretion the district court's decisions regarding protective orders, *Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1210 (9th Cir. 2002), and we affirm.

The district court did not abuse its discretion by denying Bykov's motions to seal or redact financial information and allegedly defamatory statements because the motions did not demonstrate good cause. *See id.* at 1210-11 ("For good cause to exist, the party seeking the protection bears the burden of showing specific prejudice or harm will result if no protective order is granted.").

Contrary to Bykov's contention, the district court properly reviewed whether the magistrate judge's orders were "clearly erroneous or . . . contrary to law." Fed. R. Civ. P. 72(a).

Bykov's remaining contentions are unpersuasive.

**AFFIRMED.**